UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| Robert Cadena, | : |
| | : |
| | : Civil Action No.:  7:15-cv-00195-DAE |
| Plaintiff, | : |
| v. | : |
| | : |
| Receivables Performance Management, L.L.C., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| Robert Cadena | Receivables Performance Management, L.L.C. |
| /s/ Sergei Lemberg | /s/ Robbie Malone |
| Sergei Lemberg, Esq. | Robbie Malone, Esq. |
| CT Bar No. 432383 | State Bar No. 128764580 |
| Lemberg Law, L.L.C. | Robbie Malone, PLLC |
| 43 Danbury Road, 3rd Floor | 8750 N. Central Expressway |
| Wilton, CT 06897 | Northpark Central, Suite 1850 |
| Telephone: (203) 653-2250 | Dallas, TX 75231 |
| Facsimile:  (203) 653-3424 | Telephone: (214) 346-2625 |
| Attorney for Plaintiff | Facsimile: (214) 346-2631 |
| | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 4, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                  Sergei Lemberg