UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| ROBERT CADENA, | § | No. 7:15–CV–195–DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| RECEIVABLES PERFORMANCE MANAGEMENT, L.L.C., | § | |
| | § | |
| Defendant. | § | |

ORDER APPROVING STIPULATION OF DISMISSAL

Before the Court is a Stipulation of Dismissal signed by counsel for Plaintiff Robert Cadena and Defendant Receivables Performance Management, L.L.C. (Dkt. # 11). Finding that the stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the instant suit against Defendant are hereby **DISMISSED WITH PREJUDICE** pursuant to a settlement agreement between the parties. The Parties have agreed to bear their own costs and fees.

**IT IS SO ORDERED.**

**DATED:** Midland, Texas, April 7, 2016

David Alan Ezra
Senior United States Distict Judge